UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

DERY CABAN,
    a/k/a "Dery Martinez,"

        Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing of Defendant Dery Caban, previously scheduled for December 11, 2020 is adjourned to **June 18, 2021 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    Any submissions on behalf of the Defendant are due **May 28, 2021**, and any submission by the Government is due on **June 4, 2021**.

Dated: New York, New York
       August 3, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge