UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| DERY CABAN, <br>     a/k/a "Dery Martinez," | 14 Cr. 652 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the sentencing of Defendant Dery Caban, previously scheduled for March 11, 2022, is adjourned to **Thursday**, **May 5, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

       Any submissions on behalf of the Defendant are due on **April 14, 2022**, and any submission by the Government is due on **April 21, 2022**.

Dated: New York, New York
        January 31, 2022

SO ORDERED.

*Paul G. Gardephe* (signature)
_____
Paul G. Gardephe
United States District Judge