UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>DERY CABAN,<br>    a/k/a "Dery Martinez,"<br><br>                    Defendant. | **ORDER**<br><br>14 Cr. 652 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant Dery Caban, currently scheduled for May 16, 2022, is adjourned to **August 25, 2022 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Any submissions on behalf of the Defendant are due on July 28, 2022, and any submission by the Government is due on August 4, 2022.

Dated:  New York, New York
        May 12, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge