UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DERY CABAN,

Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of the Defendant will take place on **Thursday, September 22, 2022 at 3:00 p.m.**

Dated: New York, New York
August 18, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge